AO 108 (Rev. 06/09)  Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>The domain name wzlicense[.]ws, registered with Namecheap, Inc., which is located at 4600 East Washington Street, Suite 305, Phoenix, AZ 85034 | ) ) ) ) ) Case No.   24-MJ-1023-DLC |

### APPLICATION FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of Arizona is subject to forfeiture to the United States of America under   see below   U.S.C. § _____   *(describe the property)*:

The domain name wzlicense[.]ws, registered with Namecheap, Inc., which is located at 4600 East Washington Street, Suite 305, Phoenix, AZ 85034, as described in and pursuant to the procedures in Attachment A.

Pursuant to 18 U.S.C. §§ 981(a)(1)(A), 982(a)(1) and 1030(i).

The application is based on these facts:

See Affidavit of Special Agent Michael Bordini, Federal Bureau of Investigation.

☑ Continued on the attached sheet.

*Michael Bordini*   DLC
*Applicant's signature*

Michael Bordini, Special Agent FBI
*Printed name and title*

Attested to by the Applicant in Accordance with the Requirements of Fed.R.Crim.P. 4.1 by Telephone.

Date: 2/2/2024

*Judge's signature*

City and state:  Boston, MA

Donald L. Cabell, United States Chief Magistrate Judge
*Printed name and title*